JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAGE MARTIROSYAN, an individual,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UR M. JADDOU, Director, U.S. Citizenship and Immigration Services; DAVID M. RADEL, Director, USCIS Los Angeles Asylum Office; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　Defendants. | Case No. 8:23-cv-02207-MRA-JDE<br><br>**JUDGMENT** |

|   |   |
|---|---|
| 1 | On April 15, 2025, the Court granted Defendants' Motion for Summary Judgment |
| 2 | and denied Plaintiff's Motion for Summary Judgment as to Plaintiff's remaining claim |
| 3 | under the Administrative Procedure Act, 5 U.S.C. § 706(1).  ECF 53.  The Court |
| 4 | previously dismissed Plaintiff's claim under the Mandamus Act, 28 U.S.C. § 1361, |
| 5 | without leave to amend.  ECF 36. |
| 6 | Pursuant to the Court's prior Orders, the Court hereby **ORDERS** the entry of |
| 7 | Judgment in favor of Defendants and against Plaintiff on all of Plaintiff's claims.  This |
| 8 | case is **DISMISSED**. |

Dated: April 16, 2025

HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE